# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD C. HOWARD, #13891 | )<br>)<br>) |
| Plaintiff, | ) Case No.: 2:11-cv-01402-KJD-GWF |
| vs. | )<br>) **ORDER** |
| BRIAN CONNETT, *et al.*, | )<br>) Motion to Extend Photo Copies (#23) |
| Defendants. | ) |

This matter comes before the Court on Plaintiff Reginald C. Howard's ("Plaintiff") Motion to Extend Photo Copies (#23), filed on September 7, 2012. Defendants filed a timely Opposition (#27) on September 21, 2012. Plaintiff filed a late Reply (#30) on October 9, 2012. Plaintiff seeks to transfer fifty dollars from his prisoner second trust savings account ("Savings Account") into his photocopy account to allow for copying of documents for the purposes of an appeal. Defendants claim, however, that Plaintiff has not submitted the appropriate forms to prison officials requesting the transfer and therefore has not exhausted his administrative remedies before filing the instant Motion. Plaintiff answers by contending he submitted all appropriate forms on July 30, 2012, but represents that prison administrators will not allow further copying without an order from the Court. Plaintiff further represents that he is unable to provide copies of the completed forms to the Court because he is denied access to the copier. The Court finds that, to the extent Plaintiff has completed and submitted all required forms, transfer of the requested funds from Plaintiff's Savings Account to his photocopy account is appropriate. Accordingly,

...

...

1     **IT IS HEREBY ORDERED** that Plaintiff Reginald Howard's Motion to Extend Photo Copies or Order Transferring Second Trust Saving of $50.00 into Photo Copies Account (#23) is **granted** as follows:

    (1) To the extent that Plaintiff has completed and submitted all required forms to authorize the transfer of funds from Plaintiff's Savings Account to his photocopy account, Defendant shall transfer the funds and make them available to Plaintiff for photocopying.

    (2) To the extent Defendant determines Plaintiff has not completed and submitted all required forms to authorize the transfer, Defendant shall provide the necessary forms to Plaintiff.

    (3) No later than **Monday, November 5**, Defendant shall provide to the Court a status update regarding the transfer of the requested funds.

    DATED this 26th day of October, 2012.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge