UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

REGINALD C. HOWARD,

    Plaintiff,

v.

BRIAN CONNETT, *et al.*,

    Defendants.

Case No. 2:11-cv-01402-RFB-GWF

ORDER TO PRODUCE
REGINALD C. HOWARD

TO:    DELENE SENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    DWIGHT NEVEN, HIGH DESERT STATE PRISON
          INDIAN SPRINGS, NV
          UNITED STATES MARSHAL FOR THE DISTRICT OF
          NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **REGINALD C. HOWARD, #13891**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Thursday, October 23, 2014, at the hour of 10:00 a.m., to attend a hearing in the instant matter; that said Warden or his designee shall arrange for the appearance of **REGINALD C. HOWARD, #13891**, on said date as may be ordered and directed by the Court entitled above,

until **REGINALD C. HOWARD, #13891**, is released and discharged by said Court; and that **REGINALD C. HOWARD, #13891**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

DATED this 17th day of October, 2014.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**