CATHERINE CORTEZ MASTO
Attorney General
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada State Bar No. 9443
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-2625
Facsimile: (702) 486-3773
E-mail: mmenendez@ag.nv.gov
*Attorneys for Defendants Sean Bloomfield,
Cheryl Burson, Julio Calderin, Loren Chapulin,
Brian Connett, Francis Dreesen, Rene Galvan,
Ron Jaeger, Jimmy Jones, Ryan Klein,
Joseph Lewis, Douglas Orr, and Vincent Rabourn*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>          Plaintiff,<br><br>  v.<br><br>BRIAN CONNETT, et al.,<br><br>          Defendants. | Case No. 2:11-cv-01402-APG-GWF<br><br><u>**ORDER TO PRODUCE**</u> |

TO:    DELENE SENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and

TO:    DWIGHT NEVEN, WARDEN, HIGH DESERT STATE PRISON:

**THE COURT HEREBY FINDS** that **REGINALD HOWARD, #13891,** is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison in Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **REGINALD HOWARD, #13891**, to the United States District Court, 333 Las Vegas Boulevard, South, Courtroom 7C, Las Vegas, Nevada 89101, on Wednesday,

. . .

. . .

. . .

1

January 7, 2015 at 9:30 a.m. to attend a hearing in the instant matter, and arrange for his appearance on said date.

DATED this __23rd__ day of December, 2014.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

CATHERINE CORTEZ MASTO
Attorney General

By: __/s/ MERCEDES S. MENENDEZ__
MERCEDES S. MENENDEZ
Deputy Attorney General

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

2