1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8

\* \* \*

9

REGINALD C. HOWARD,

Case No. 2:11-cv-01402-RFB-GWF

10

Plaintiff,

**AMENDED ORDER TO PRODUCE
REGINALD C. HOWARD**

11

v.

12

BRIAN CONNETT,  *et al.*,

13

Defendants.

14
15

TO:     DELENE SENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and

16

TO:     DWIGHT NEVEN, HIGH DESERT STATE PRISON
         INDIAN SPRINGS, NV

17

         UNITED STATES MARSHAL FOR THE DISTRICT OF
         NEVADA AND ANY OTHER UNITED STATES MARSHAL

18
19
20

     **THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891,** is presently

21

in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian

22

Springs, Nevada.

23

     **IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his

24

designee, shall transport and produce **REGINALD C. HOWARD, #13891,** to the Lloyd D.

25

George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las

26

Vegas, Nevada, on or about Monday, January 12, 2015, at the hour of 10:30 a.m., to attend a

27

hearing in the instant matter, and arrange for his appearance on said date as may be ordered and

28

directed by the Court entitled above, until the said **REGINALD C. HOWARD, #13891,** is

released and discharged by the said Court; and that the said **REGINALD C. HOWARD, #13891** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

      DATED this 29th day of December, 2014.

 

 

 

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**