**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

REGINALD C. HOWARD,

                Plaintiff,

v.

BRIAN CONNETT, *et al.*,

                Defendants.

Case No. 2:11-cv-01402-RFB-GWF

**ORDER TO PRODUCE REGINALD C. HOWARD**

TO:    DELENE SENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    DWIGHT NEVEN, HIGH DESERT STATE PRISON
         INDIAN SPRINGS, NV
         UNITED STATES MARSHAL FOR THE DISTRICT OF
         NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **REGINALD C. HOWARD, #13891,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Tuesday, March 17, 2015, at the hour of 1:30 p.m., to attend the calendar call in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **REGINALD C. HOWARD, #13891**, is released and

1
2  discharged by the said Court; and that the said **REGINALD C. HOWARD, #13891** shall
3  thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV,
4  under safe and secure conduct.
5        **DATED** this 20th day of January, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**