# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD C. HOWARD, | ) |
| Plaintiff, | ) Case No.: 2:11-cv-01402-RFB-GWF |
| vs. | ) |
| | ) **ORDER** |
| BRIAN CONNETT, *et al.*, | ) |
| Defendants. | ) |

    This matter is before the Court on Plaintiff's Motion to Extend Photo Copies (#102), filed on April 23, 2015.

    The Plaintiff requests an extension of copy-work limit to allow him to print documents for his upcoming trial. He further represents that he requires $159.00 to print off the requisite documents (#102, Exhibit A). However, he indicates these documents are relevant to another ongoing civil case: 2:08-cv-00728-GMN-GWF. Because the documents are necessary to the Plaintiff's other case, this motion must be filed in that case. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Photo Copies (#102) is **denied** without prejudice.

    **DATED** this 28th day of April, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge