**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>   Plaintiff,<br><br>   v.<br><br>BRIAN CONNETT, *et al.*,<br><br>   Defendants. | Case No. 2:11-cv-01402-RFB-GWF<br><br>**ORDER VACATING ORDER [ECF No. 99]<br>AND ORDER TO PRODUCE<br>REGINALD C. HOWARD** |

TO:   DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:   DWIGHT NEVEN, HIGH DESERT STATE PRISON
         INDIAN SPRINGS, NV
         UNITED STATES MARSHAL FOR THE DISTRICT OF
         NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the previous Order to Produce dated March 9, 2015 (ECF No. 99), which directed the Warden of High Desert State Prison to transport and produce **REGINALD C. HOWARD, #13891**, on May 12, 2015 for calendar call in this case, is **VACATED.**

**IT IS FURTHER ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **REGINALD C. HOWARD, #13891,** to the Lloyd D.

1
2  George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las
3  Vegas, Nevada, on or about **Tuesday, June 23, 2015** at the hour of **10:30 a.m**., to attend a status
4  conference hearing in the instant matter, that said Warden or his designee shall arrange for
5  appearance of **REGINALD C. HOWARD, #13891**, on said date as may be ordered and directed
6  by the Court entitled above, until the said **REGINALD C. HOWARD, #13891**, is released and
7  discharged by the said Court; and that the said **REGINALD C. HOWARD, #13891** shall
8  thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV,
9  under safe and secure conduct.
10         **DATED** this 7th day of May, 2015.
11
12                                        _____
13                                        **RICHARD F. BOULWARE, II**
                                          **UNITED STATES DISTRICT JUDGE**
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28