# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD C. HOWARD, | ) |
|   Plaintiff, | ) Case No.: 2:11-cv-01402-RFB-GWF |
| vs. | ) |
| BRIAN CONNETT, *et al.*, | ) **ORDER** |
|   Defendants. | ) |

This matter is before the Court on the Office of the Attorney General's Motion to Withdraw as Attorney of Record for Ryan Klein (#111), filed on July 10, 2015. To date, no party has filed an opposition to this motion and the time for opposition has now expired. Furthermore, the movants substantially establish good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Office of the Attorney General's Motion to Withdraw as Attorney of Record for Ryan Klein (#111) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Ryan Klein to the civil docket:

**Ryan Klein**
**6661 Silver Stream Avenue, #1075**
**Las Vegas, Nevada, 89107**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Ryan Klein with a copy of this order at his last known address listed above.

DATED this 29th day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge