# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

REGINALD C. HOWARD,

    Plaintiff,

v.

BRIAN CONNETT, *et al.*,

    Defendants.

Case No. 2:11-cv-01402-RFB-GWF

**ORDER TO PRODUCE REGINALD C. HOWARD**

TO:    DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    DWIGHT NEVEN, HIGH DESERT STATE PRISON
        INDIAN SPRINGS, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **REGINALD C. HOWARD, #13891,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Thursday, September 3, 2015, at the hour of 10:00 a.m., to attend the status/pretrial conference in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **REGINALD C. HOWARD, #13891**, is

released and discharged by the said Court; and that the said **REGINALD C. HOWARD, #13891** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 12th day of August, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**