**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>  Plaintiff,<br><br>  v.<br><br>BRIAN CONNETT, *et al.*,<br><br>  Defendants. | Case No. 2:11-cv-01402-RFB-GWF<br><br>**ORDER DENYING MOTION TO RECONSIDER ORDER TO PRODUCE REGINALD C. HOWARD** |

    Before this Court is a Motion to Reconsider Order denying Motion to Produce Inmate for Settlement Conference. ECF No. 118.

    Plaintiff filed this Motion in light of this Court's Order to Produce Mr. Howard for a Status Check two days after the Settlement Conference. ECF No. 116.

    LR 1B 3-1(a) provides that "A district judge may reconsider any pretrial matter referred to a magistrate judge in a civil or criminal case pursuant to LR IB 1-3, where it has been shown that the magistrate judge's ruling is clearly erroneous or contrary to law."

    The Court **denies** Plaintiff Howard's Motion to Reconsider. Magistrate Judge Foley found, and the Court agrees, that "the settlement conference can be effectively conducted with the Plaintiff appearing via teleconference." ECF No. 114. Further, Magistrate Judge Foley has assured Plaintiff's counsel that "the Court will allow him to have private conversations with his client as needed." ECF No. 114. Magistrate Judge Foley's Order was neither clearly erroneous nor contrary to law.

Therefore, **IT IS ORDERED THAT** Plaintiff Reginald C. Howard's Motion to Reconsider Order denying Motion to Produce Inmate for Settlement Conference (ECF No. 118) is **denied**.

**DATED** this 12th day of August, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**