ADAM PAUL LAXALT
Nevada Attorney General
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada Bar No. 9664
JARED M. FROST
Senior Deputy Attorney General
Nevada Bar No. 11132
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101
Telephone: (702) 486-3420
Facsimile:  (702) 486-3773
MMenendez@ag.nv.gov
JFrost@ag.nv.gov
*Attorneys for Defendants Sean Bloomfield,
Julio Calderin, Loren Chapulin,
Brian Connett, Francis Dreesen, Rene Galvan,
Ron Jaeger, Jimmy Jones, Joseph Lewis,
Douglas Orr, and Vincent Rabourn*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD C. HOWARD, | Case No. 2:11-cv-01402-RFB-GWF |
| Plaintiff, | |
| v. | **ORDER TO PRODUCE** <br> **TYRONE HUTCHINS** |
| BRIAN CONNETT, et al., | |
| Defendants. | |

**TO:**   DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and

**TO:**   BRIAN WILLIAMS, WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER:

**THE COURT HEREBY FINDS** that **TYRONE HUTCHINS, #35000,** is presently in the custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center in Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **TYRONE HUTCHINS, #35000**, to the United States District Court, 333 Las Vegas Boulevard, South, Courtroom 7C, Las Vegas, Nevada 89101, **Tuesday, October 27, 2015 starting at 8:30 a.m.,** in the instant matter for trial, and arrange

. . .

for his appearance on said dates, ***and all subsequent dates*, as relayed by Memorandum from the Office of the Attorney General**.

DATED this __19th__ day of October, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

CATHERINE CORTEZ MASTO
Attorney General

By:__/s/ MERCEDES S. MENENDEZ_____
     MERCEDES S. MENENDEZ
     Deputy Attorney General