ADAM PAUL LAXALT
Nevada Attorney General
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada Bar No. 9664
JARED M. FROST
Senior Deputy Attorney General
Nevada Bar No. 11132
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3420
Facsimile:  (702) 486-3773
MMenendez@ag.nv.gov
JFrost@ag.nv.gov
*Attorneys for Defendants Sean Bloomfield,
Julio Calderin, Loren Chapulin,
Brian Connett, Francis Dreesen, Rene Galvan,
Ron Jaeger, Jimmy Jones, Joseph Lewis,
Douglas Orr, and Vincent Rabourn*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>        Plaintiff,<br><br>v.<br><br>BRIAN CONNETT, et al.,<br><br>        Defendants. | Case No. 2:11-cv-01402-RFB-GWF<br><br>**ORDER TO PRODUCE<br>FREDERICK STRATTON** |

**TO:**    DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and

**TO:**    DWIGHT NEVEN, WARDEN, HIGH DESERT STATE PRISON:

      **THE COURT HEREBY FINDS** that **FREDERICK STRATTON, #45193,** is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison in Indian Springs, Nevada.

      **IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **FREDERICK STRATTON, #45193**, to the United States District Court, 333 Las Vegas Boulevard, South, Courtroom 7C, Las Vegas, Nevada 89101, **Tuesday, October 27, 2015 starting at 8:30 a.m.,** in the instant matter for trial, and

. . .

arrange for his appearance on said dates, *and all subsequent dates*, **as relayed by Memorandum from the Office of the Attorney General**.

DATED this 19th day of October, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

CATHERINE CORTEZ MASTO
Attorney General

By:   /s/ MERCEDES S. MENENDEZ
    MERCEDES S. MENENDEZ
    Deputy Attorney General