ADAM PAUL LAXALT
Nevada Attorney General
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada Bar No. 9664
JARED M. FROST
Senior Deputy Attorney General
Nevada Bar No. 11132
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101
Telephone: (702) 486-3420
Facsimile:  (702) 486-3773
MMenendez@ag.nv.gov
JFrost@ag.nv.gov
*Attorneys for Defendants Sean Bloomfield,
Julio Calderin, Loren Chapulin,
Brian Connett, Francis Dreesen, Rene Galvan,
Ron Jaeger, Jimmy Jones, Joseph Lewis,
Douglas Orr, and Vincent Rabourn*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRIAN CONNETT, et al.,<br><br>　　　　Defendants. | Case No. 2:11-cv-01402-RFB-GWF<br><br>**AMENDED<br>ORDER TO PRODUCE<br>REGINALD C. HOWARD** |

TO: 　DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and

TO: 　DWIGHT NEVEN, WARDEN, HIGH DESERT STATE PRISON:

**THE COURT HEREBY FINDS** that **REGINALD HOWARD, #13891,** is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison in Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **REGINALD HOWARD, #13891**, to the United States District Court, 333 Las Vegas Boulevard, South, Courtroom 7C, Las Vegas, Nevada 89101, **Monday, October 26, 2015 starting at 9:00 a.m., up through and including, October 29, 2015 and November 4, 2015, up through and including, November 5, 2015** in the instant

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada  89101-1068

matter for trial, and arrange for his appearance on said dates, ***and all subsequent dates***, **as relayed by Memorandum from the Office of the Attorney General**.

DATED this **20th** day of October, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

CATHERINE CORTEZ MASTO
Attorney General

By: ___/s/ MERCEDES S. MENENDEZ___
    MERCEDES S. MENENDEZ
    Deputy Attorney General