UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

REGINALD C. HOWARD,

    Plaintiff,

v.

BRIAN CONNETT, et al.,

    Defendants.

Case No.: 2:11-CV-1402-RFB-GWF

**VERDICT**

We, the jury, having fully deliberated in this matter, have reached a unanimous decision concerning the following:

## COUNT 1.

1. On Mr. Howard's 8th Amendment Excessive Forces Claim in Count 1 against Defendant Joseph Lewis, we find in favor of

    _____ Plaintiff Reginald Howard

    √ Defendant Joseph Lewis

2. On Mr. Howard's 8th Amendment Excessive Forces Claim in Count 1 against Defendant Jimmy Jones, we find in favor of

    _____ Plaintiff Reginald Howard

    √ Defendant Jimmy Jones

## COUNT 2.

The Court has already found in favor of Mr. Howard's 14th Amendment Due Process Claim in Count 2 against Defendant Ron Jaeger.

## COUNT 3.

3. On Mr. Howard's 1st Amendment Free Exercise Claim in Count 3 against Defendant Ron Jaeger, we find in favor of

   √ Plaintiff Reginald Howard

   ___ Defendant Ron Jaeger

4. On Mr. Howard's 1st Amendment Free Exercise Claim in Count 3 against Defendant Vincent Raybourn, we find in favor of

   √ Plaintiff Reginald Howard

   ___ Defendant Vincent Raybourn

## COUNT 4.

5. On Mr. Howard's 8th Amendment Excessive Force Claim in Count 4 against Defendant Rene Galvan, we find in favor of

   √ Plaintiff Reginald Howard

   ___ Defendant Rene Galvan

## COUNT 5.

6. On Mr. Howard's 1st Amendment Free Exercise Claim in Count 5 against Defendant Brian Connett, we find in favor of

   √ Plaintiff Reginald Howard

   ___ Defendant Brian Connett

7. On Mr. Howard's 1st Amendment Free Exercise Claim in Count 5 against Defendant Julio Calderin, we find in favor of

   √ Plaintiff Reginald Howard

_____ Defendant Julio Calderin

8. On Mr. Howard's 14th Amendment Equal Protection Claim in Count 5 against Defendant Brian Connett, we find in favor of

__✓__ Plaintiff Reginald Howard

_____ Defendant Brian Connett

9. On Mr. Howard's 14th Amendment Equal Protection Claim in Count 5 against Defendant Julio Calderin, we find in favor of

__✓__ Plaintiff Reginald Howard

_____ Defendant Julio Calderin

### Nominal or Compensatory Damages

You may award either nominal or compensatory damages, but not both, in this case.

__✓__ We find that Plaintiff Reginald Howard is entitled to compensatory damages against the following Defendants in the amounts stated:

__0__ Joseph Lewis

__0__ Jimmy Jones

__3,000__ Ron Jaeger (Count 2)

__1,000__ Ron Jaeger (Count 3, First Amendment)

__1,000__ Vincent Raybourn

__1,000__ Rene Galvan

__1,000__ Brian Connett (Count 5, First Amendment)

__1,000__ Brian Connett (Count 5, Fourteenth Amendment)

__1,000__ Julio Calderin (Count 5, First Amendment)

    __1,000__ Julio Calderin (Count 5, Fourteenth Amendment)

\_\_\_\_ We find that Plaintiff Reginald Howard is entitled to nominal damages only in the amount of $1.00 against the following Defendants:

    _____ Joseph Lewis

    _____ Jimmy Jones

    _____ Ron Jaeger (Count 2)

    _____ Ron Jaeger (Count 3, First Amendment)

    _____ Vincent Raybourn

    _____ Rene Galvan

    _____ Brian Connett (Count 5, First Amendment)

    _____ Brian Connett (Count 5, Fourteenth Amendment)

    _____ Julio Calderin (Count 5, First Amendment)

    _____ Julio Calderin (Count 5, Fourteenth Amendment)

### Punitive Damages

You may not award punitive damages against any Defendant unless you first found against them individually and awarded nominal or compensatory damages.

__✓__ We find that Plaintiff Reginald Howard is entitled to punitive damages against the following Defendants in the amounts stated:

    __0__ Joseph Lewis

    __0__ Jimmy Jones

- 4 -

_4,000_ Ron Jaeger (Count 2)

_1,000_ Ron Jaeger (Count 3, First Amendment)

_1,000_ Vincent Raybourn

_4,000_ Rene Galvan

_2,200_ Brian Connett (Count 5, First Amendment)

_2,200_ Brian Connett (Count 5, Fourteenth Amendment)

_2,200_ Julio Calderin (Count 5, First Amendment)

_2,200_ Julio Calderin (Count 5, Fourteenth Amendment)

Dated this _6_ th day of November, 2015.


                                    _____
                                    Jury Foreperson