**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN CONNETT, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:11-cv-01402-RFB-GWF<br><br>**ORDER TO PRODUCE**<br>**REGINALD C. HOWARD** |

TO:　　DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:　　DWIGHT NEVEN, HIGH DESERT STATE PRISON
　　　　INDIAN SPRINGS, NV
　　　　UNITED STATES MARSHAL FOR THE DISTRICT OF
　　　　NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **REGINALD C. HOWARD, #13891,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Monday, December 14, 2015, at the hour of 10:30 a.m., to attend the a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **REGINALD C. HOWARD, #13891**, is released and discharged by

the said Court; and that the said **REGINALD C. HOWARD, #13891** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 3rd day of December, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**