**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>       Plaintiff,<br><br>   v.<br><br>BRIAN CONNETT, *et al.*,<br><br>       Defendants. | Case No. 2:11-cv-01402-RFB-GWF<br><br>**ORDER TO PRODUCE**<br>**REGINALD C. HOWARD, #13891** |

TO:   DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:   BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER
         INDIAN SPRINGS, NV
         UNITED STATES MARSHAL FOR THE DISTRICT OF
         NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **REGINALD C. HOWARD, #13891,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, in Las Vegas, Nevada, on or about **Thursday, February 11, 2016, at the hour of 10:30 a.m**., to attend the a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **REGINALD C. HOWARD, #13891**, is

released and discharged by the said Court; and that the said **REGINALD C. HOWARD, #13891** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this 1st day of February, 2016.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**