1
2
3
4        **UNITED STATES DISTRICT COURT**
5            **DISTRICT OF NEVADA**
6                      * * *

| | |
|---|---|
| REGINALD C. HOWARD, | Case No. 2:11-cv-01402-RFB-GWF |
| Plaintiff, | **ORDER TO PRODUCE** |
| | **REGINALD C. HOWARD** |
| v. | |
| BRIAN CONNETT, *et al.*, | |
| Defendants. | |

TO:      MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:      JERRY HOWELL, SOUTHERN DESERT CORRECTIONAL CENTER,
         INDIAN SPRINGS, NV
         UNITED STATES MARSHAL FOR THE DISTRICT OF
         NEVADA AND ANY OTHER UNITED STATES MARSHAL

   **THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

   **IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **REGINALD C. HOWARD, #13891,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Wednesday, July 18, 2018, at the hour of 11:00 a.m., to attend the hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **REGINALD C. HOWARD, #13891**, is released and discharged by the said Court; and that the said **REGINALD C. HOWARD, #13891** shall thereafter be returned

1
2    to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under

safe and secure conduct.
3
4            **DATED** this 15th day of June, 2018.
5
6                                                    _____
                                                     **RICHARD F. BOULWARE, II**
7                                                    **UNITED STATES DISTRICT JUDGE**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28