AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

REGINALD HOWARD

                Plaintiff,

v.

BRIAN CONNETT, et al

                Defendants.

**AMENDED**

JUDGMENT IN A CIVIL CASE

Case Number: 2:11-cv-01402-RFB-GWF

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✗ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of plaintiff against Defendant Klein for $4,000.00 in damages and $9,600.00 in damages against Defendant Burson.

August 23, 2018
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ J. Matott
_____
Deputy Clerk